**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WEBER-STEPHEN PRODUCTS CO., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>PRO-IRODA USA, INC., an Ohio Corporation<br><br>        Defendant. | FILED<br>March 12, 2008    TG<br>08cv1462<br><br>Case No: _____<br><br>JUDGE   NORGLE<br>MAGISTRATE  JUDGE  SCHENKIER<br><br>JURY TRIAL  DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

The Plaintiff, Weber-Stephen Products Co. ("Weber"), a Delaware corporation, with offices at 200 East Daniels Road, Palatine, IL, 60067, through its attorneys, Baker & McKenzie LLP hereby complain against the Defendant Pro-Iroda USA, Inc. ("Iroda"), an Ohio Corporation with offices at 70 Millcreek Lane, Moreland Hills, OH 44022, stating as follows:

**THE PARTIES**

1.      The Plaintiff Weber is a Delaware corporation headquartered in Palatine, Illinois. Weber manufactures, sells and distributes grill products in the United States, including in the State of Illinois, and including in this District.

2.      Defendant Iroda is an Ohio corporation and has places of business at 70 Millcreek Lane, Moreland Hills, OH 44022.

3.      Iroda is engaged in the manufacture, importation, offering for sale and sale of grills and other products.

**THE ACCUSED PRODUCT**

4.      Iroda manufactures, imports into the United States,  and sells a grill called the O-Grill, a photo and description of which are attached hereto as Exhibit A.

5.    The O-Grill is a barbecue grill assembly

6.    The O-Grill has a cooking chamber, and a gas burner tube positioned in a lower portion of the cooking chamber with at least one burner flame region.

7.    The O-Grill has a cooking grate removably positioned in an upper portion of the cooking chamber.

8.    The O-Grill has a grate with a plurality of elongated members defining a cooking surface.

9.    The O-Grill has grate with a plurality of openings.

10.    The O-Grill has a grease control assembly that is cooperatively positioned over the burner tube to prevent grease generated by cooking food on the grate from draining onto the burner flame region.

11.    The O-Grill has a grease control assembly with at least one rib group and at least one ledge.

12.    The O-Grill has a grease control assembly with at least one generally continuous ridge depending downwardly from a lower surface of the grate.

13.    The O-Grill has a grease control assembly with a the rib group in which each rib has at least one inclined surface extending from the cooking surface towards the lower portion of the cooking chamber.

14.    The O-Grill has ribs with first and second inclined surfaces extending from a peak of the rib.

15.    The O-Grill has ribs with the peak each of the ribs is positioned below the cooking surface.

16.     The O-Grill is configured such that a rib and a ledge are positioned over a portion of the burner tube.

17.     The O-Grill has grease control assembly that has an outer ridge depending from a lower surface of the grate.

18.     The O-Grill has a grease control assembly with an outer ridge that is generally positioned beyond an outer wall of the burner tube.

19.     The O-Grill has a grease control assembly with an inner ridge depending from a lower surface of the grate.

20.     Iroda's O-Grill is offered for sale and is sold in the United States and in this district, for at least the reason that Iroda advertises on its website (i.e., http://www.pro-iroda.com/OGrill.htm) that the O-Grill may be purchased on-line from within this district, and for the reason that the O-Grill is advertised on the website of the television marketer HGTV, on its HGTV MarketPlace website (http://marketplace.hgtv.com/Product.aspx?Lid=2886-N707121). See Exhibits A and B.

**JURISDICTION AND VENUE**

21.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1337, and 1338 because this matter arises under the United States patent statutes for infringement of United States patents.

22.     Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) and (b) and §1391(b) and (c) because Iroda is subject to personal jurisdiction in this district and therefore resides in this District pursuant to 28 U.S.C. § 1391(c) because Iroda is offered for sale in this district.

## INFRINGEMENT OF U.S. PATENT 7,340,429

23.    On, July 11, 2006 the United States Patent Office granted U.S. Patent 7,073,429 (the " '429 patent") to Weber.  A copy of the '429 patent is attached hereto as Exhibit C.

24.    By manufacturing, importing, using, offering for sale and/or selling the O-Grill, such as the one shown in Exhibit A, Iroda has infringed and is continuing to infringe the '429 patent in violation of 35 U.S.C. Sec. 271.

25.    By reason of the ongoing and continuous infringement by Iroda of the '429 patent in violation of 35 U.S.C. § 271, the Weber is entitled to an entry of an injunction against Iroda, preventing further infringement of Weber's patent rights, pursuant to 35 U.S.C. § 283.

26.    Weber has suffered and is continuing to suffer damages as a result of Iroda's and infringement of the '429 patent in violation of 35 U.S.C. § 271, and Weber is entitled to compensation or other damages as allowed to the full extent of the law, pursuant to 35 U.S.C. § 284.

## REQUEST FOR RELIEF

The Plaintiffs hereby request an entry of relief against the Defendants as follows:

(a)    Entry of judgment that Iroda, by reason of the distribution, offer for sale, and sale of grills that infringe Weber's patent rights in the United States and infringes the patents asserted herein in violation of 35 U.S.C. § 271(a).

(b)    Awarding the Weber damages to the full extent permitted by 35 U.S.C. § 284, by reason of the infringement of the patents asserted herein by Iroda.

(c)    Entry of a permanent injunction against Iroda, barring and enjoining further distribution, offer for sale or sale in the United States of all infringing products.

**DEMAND FOR JURY**

Plaintiffs request that all issues triable by a jury be so tried in this case.

Dated:  March 12, 2008                    **BAKER & McKENZIE LLP**

                                           /s/ David I. Roche
                                          David I. Roche
                                          Daniel A. Tallitsch
                                          Attorneys for Plaintiffs

**BAKER & McKENZIE LLP**
130 E. Randolph Drive
Chicago, IL  60601
ph:      (312) 861-8608
fax:     (312) 698-2363


List of Exhibits

A        Photo and Description of Accused Product (Pro-Iroda website)

B        HGTV offering of Accused Product (HGTV website)

C        U.S. Patent 7,073,429

March 12, 2008     TG

08cv1462

JUDGE     NORGLE

MAGISTRATE  JUDGE   SCHENKIER

# Exhibit A








# Iroda®

## Cordless butane powered products at the leading edge!

**Pro-Iroda**

Home
About the Company
Contact Information
**Products**
SOLDERPRO Series
Single Tools
Kits
Tips
PRO-TORCH Series
MICRO-JET Series
Hot Air Blowers / Glue Guns
O-GRILL
Gift Sets
**Technical Support**
Product Manuals
Help - FAQ

## O-Grill

New from Pro-Iroda is the first efficient lightweight portable propane grill. O-Grill is the first truly portable grill at a weight of 24 lbs with features that rival larger, heavier, and more costly models. The grill's 225 sq. inch grilling surface, 9450 BTU stainless steel burner, and colorful clam shell design with retractable legs set it apart from other "portable" grills.




### Features

- Compact design for easy storage
- Ergonomic handle for one hand portability
- Large, efficient cooking grid
- Auto ignition 9450 BTU circular stainless steel burner for even cooking
- Easy to clean – removable grease tray
- Sets up in 10 seconds
- Uses standard propane cylinders

Additional features and specifications »

Order Online Now! »
Where to buy in stores

### Greate for:

- Camping
- Tailgating
- RVs
- Picnics
- Beach Parties
- Apartment decks / balconies
- Extra grill for backyard parties

1-888-66-IRODA
P.O. Box 360, Chagrin Falls, OH 44022-0360 USA
©2007 Pro-Iroda Industries, Inc.

March 12, 2008    TG

08cv1462

JUDGE    NORGLE

MAGISTRATE   JUDGE   SCHENKIER

# Exhibit B

eTips Shopping Blog    HGTV Homepa

**Mirapex**
pramipexole dihydrochloride tablets

Wish List Login    Register

Shop more than 1,712,000 products

| Home | As Seen on HGTV | Green Home | Home Decor | Gifts | Kitchen | Bath | Organization | Outdoor Living |

**SEARCH:** Gardening and Outdoor   for [ ]   SEARCH

**BROWSE:** Stores A to

See All Sections

Home   Gardening and Outdoor   Grills   Portables   O-Grill



**O-Grill**

**$149.95**

**Store:** Pro-Iroda

**BUY NOW ❯**

Add to Wish List

Print this Page

E-mail Store

Tell A Friend

**Description**

**All Episode Products**

sponsored by:

**Store Information**

**PRO-IRODA**

See all Pro-Iroda Products (1)

O-Grill is the first truly portable gas powered grill at a weight of less than 25 lbs and features that rival larger more costly models. O-Grill Boasts a full 225 sq inch coated cast iron cooking grid, 9600 BTU Stainless Steel Burner and compact clam-shell design. O-grill sets up in 10 seconds and is easily cleaned and stowed.

**Featured Products**

**O-Grill**
$149.95

**Sister Sites:** DIY | Fine Living | Food Network | Great American Country | HGTVP

Comparison Shop for Home Decor & Garden Tools at Shopzilla & BizRa

Advertisers featured in MarketPlace are not affiliated with HGTV.

© 2008 Scripps Networks, Inc. All rights reserved.

Privacy Policy    Legal    Advertising

# Exhibit C

US007073429B2

(12) **United States Patent**
Bruno et al.

(10) Patent No.: **US 7,073,429 B2**
(45) Date of Patent: **Jul. 11, 2006**

(54) **COOKING GRATE WITH GREASE CONTROL STRUCTURES**

(75) Inventors: **Adrian A. Bruno**, Rolling Meadows, IL (US); **Erich Schlosser**, Barrington, IL (US); **Mark Johnson**, Cary, IL (US)

(73) Assignee: **Weber-Stephen Products Co.**, Palatine, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 242 days.

(21) Appl. No.: **10/318,948**

(22) Filed: **Dec. 13, 2002**

(65) **Prior Publication Data**

US 2004/0112362 A1      Jun. 17, 2004

(51) Int. Cl.
*A47J 37/10*        (2006.01)

(52) **U.S. Cl.** ............................ **99/400**; 99/445; 99/450; 126/41 R

(58) **Field of Classification Search** .................. 99/425, 99/445, 446, 450, 400, 401; 126/41 R
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,483,159 A | 2/1924 | Coleman |
| 2,154,305 A | 4/1939 | Goerl |
| 2,253,834 A * | 8/1941 | Volks ........................ 99/446 |
| 2,787,995 A | 4/1957 | Alter |
| 3,033,191 A | 5/1962 | Bonadiman |
| 3,094,113 A | 6/1963 | Avila |
| 3,330,266 A | 7/1967 | Stephen |
| 3,418,921 A * | 12/1968 | Fautz ........................ 99/445 |
| 3,452,736 A | 7/1969 | Harff et al. |
| 3,586,518 A | 6/1971 | Folmar |
| 3,611,911 A | 10/1971 | Martin |
| 3,611,915 A | 10/1971 | Glaser et al. |
| 3,688,758 A | 9/1972 | Stephen |

(Continued)

FOREIGN PATENT DOCUMENTS

| GB | 492713 A | 9/1938 |
|---|---|---|

*Primary Examiner*—Reginald L. Alexander
(74) *Attorney, Agent, or Firm*—Baker & McKenzie LLP

(57) **ABSTRACT**

The present invention provides a cooking grate for use within a barbecue grill assembly comprising a cooking chamber and a gas burner positioned in a lower portion of the cooking chamber. The grate has a plurality of elongated members defining a cooking surface and multiple openings. The grate further has a grease control assembly that is cooperatively positioned over a burner flame region to direct and control the flow of grease generated by cooking food on the grate. The grease control assembly has at least one rib group and at least one ledge. The rib group comprises a plurality of ribs, each rib having a first inclined surface and a second inclined surface. The grease control assembly also has an outer ridge and an inner ridge depending from a lower surface of the grate. With these structures, the grate prevents grease and byproducts from draining onto the burner flame region.

**34 Claims, 11 Drawing Sheets**



**US 7,073,429 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,791,370 | A | 2/1974 | Fauser |
| 3,859,978 | A | 1/1975 | Smith |
| 3,959,620 | A | 5/1976 | Stephen, Jr. |
| 3,967,613 | A | 7/1976 | Rybak et al. |
| 4,020,322 | A | 4/1977 | Muse |
| 4,089,258 | A | 5/1978 | Berger |
| 4,108,142 | A * | 8/1978 | Barson et al. ............ 126/41 R |
| 4,140,049 | A | 2/1979 | Stewart |
| 4,321,857 | A | 3/1982 | Best |
| 4,453,530 | A | 6/1984 | Schlosser |
| 4,463,746 | A | 8/1984 | Knuth et al. |
| 4,495,860 | A | 1/1985 | Hitch et al. |
| 4,512,249 | A | 4/1985 | Mentzel |
| 4,574,770 | A | 3/1986 | Wells |
| 4,593,676 | A | 6/1986 | Wackerman |
| 4,677,964 | A | 7/1987 | Lohmeyer et al. |
| RE32,754 | E | 9/1988 | Hahn |
| 5,065,734 | A | 11/1991 | Elliott |
| 5,167,183 | A | 12/1992 | Schlosser et al. |
| 5,259,299 | A * | 11/1993 | Ferraro ........................ 99/340 |
| 5,331,942 | A | 7/1994 | McDonald et al. |
| D364,777 | S | 12/1995 | Schlosser et al. |
| 5,490,452 | A | 2/1996 | Schlosser et al. |
| 5,934,183 | A | 8/1999 | Schlosser et al. |
| 5,934,184 | A | 8/1999 | Schlosser et al. |
| 6,283,114 | B1 | 9/2001 | Giebel et al. |
| 6,481,343 | B1 | 11/2002 | Rigney et al. |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3





FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

US 7,073,429 B2

1

# COOKING GRATE WITH GREASE CONTROL STRUCTURES

## CROSS-REFERENCE TO RELATED APPLICATIONS

Not Applicable.

## FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable.

## TECHNICAL FIELD

The present invention relates to a cooking grate for use with a barbecue grill. More specifically, the present invention relates to a cooking grate having a grease control assembly to control and direct the flow of grease generated by food cooked on the grate.

## BACKGROUND OF THE INVENTION

The popularity of barbecue grills and outdoor cooking devices has increased tremendously over the last twenty-five years. Gas barbecue grills employ a burner to cook food that is supported on a grate above the burner. Conversely, charcoal barbecue grills use combustible solid fuel to cook the food. Typically, the grate has numerous elongated bars and openings which cause the grate to have a grid-like configuration. Most grates are formed from metal such that the grate can withstand the high heat generated by the burner or heating element.

During operation of the barbecue grill, food is placed on the grate and grease and other byproducts are generated during the cooking process. The quantity of grease and byproducts generated during the cooking process varies with a number of factors, including but not limited to the type of food cooked on the grate, the amount of food cooked, the amount of heat generated by the burner tube, and the ambient conditions. In addition, certain types of foods produce a larger amount of grease and byproducts than other types. For example, cooking an ear of corn on the grate produces less grease and byproducts than a steak or hamburger. Grease and byproducts are generally fluid such that they flow or move in a path. The direction of the path depends upon the effects of gravity and the structures within the cooking chamber of the barbecue grill. However, over time and repeated use, grease and byproducts can accumulate on the grate and within the cooking chamber. The accumulation of grease and byproducts can negatively affect the performance and operation of the barbecue grill assembly.

Conventional grates typically include a plurality of elongated members, openings, and cross members that define a cooking surface for the food. An example of the conventional grate is found in U.S. Pat. No. 5,490,452 to Schlosser et al. There, the grate **10** is formed from a plurality of elongated rods **36** about openings, both of which are within a perimeter defined by a circular ring **20**. Another example of the conventional grate is shown in U.S. Pat. No. 6,481,343 to Rigney et al. There, the grate has a generally rectangular shape with numerous openings **31** and elongated structures **28**. Conventional grates suffer from an inability to direct or control the flow of grease and byproducts generated while cooking food on the grate. Instead, conventional grates merely allow grease and byproducts to pass through

2

the various openings in a random manner without directing such passage. As a result, conventional grates cannot direct the flow of grease and byproducts away from hot burner assemblies during operation of the grill. In addition, conventional grates cannot direct the flow of grease and byproducts to an intended location for drainage or removal from the grill. Consequently, conventional grates permit the accumulation of grease and byproducts which negatively affects the performance and operation of the barbecue grill.

Therefore, there is a definite need for a grate that directs and controls the flow of grease and byproducts to ensure the long-term performance and operation of the barbecue grill. The present invention is provided to solve these and other problems.

## SUMMARY OF THE INVENTION

The present invention relates to a grate for use with a barbecue grill assembly. More specifically, the present invention relates to a grate with a grease control assembly that directs the flow of grease and byproducts generated during the cooking process out of the grill assembly. The barbecue grill assembly generally includes a cooking chamber and a support frame assembly. The cooking chamber includes a cover hingeably connected to a firebox. The grate is removably positioned generally within the firebox. A burner element or tube is positioned generally within a lower portion of the firebox. The burner has a plurality of outlet ports or apertures from which a flame extends thereby defining a burner flame region. The cooking chamber does not include a sear bar or any conventional conductive metal structure between the grate and the burner. A drain opening is positioned in a bottom wall of the firebox. The drain opening is adapted to drain grease and other byproducts that are generated by cooking food in the cooking chamber that are directed to the opening by the grease control assembly. Preferably, the barbecue grill assembly has a compact configuration meaning that it is smaller than conventional upright barbecue grills. Typically, conventional barbecue grills have a greater overall height due to a frame assembly that supports the cooking chamber. In contrast, the barbecue grill assembly of the present invention can be operated while positioned on a table top.

In accord with the invention, the grate includes the grease control assembly, a plurality of elongated members or bars, and a plurality of openings. When the grate is positioned in the cooking chamber, the grease control assembly is positioned generally over the burner to prevent grease and byproducts generated by cooking food on the grate from coming into contact with the burner. The bars extend substantially from a front edge of the grate to a rear edge of the grate. Preferably, the bars are generally parallel and are spaced a distance apart to define a grid. The grate has a plurality of openings where each opening is positioned between bars.

The grease control assembly comprises an upper grease control assembly and a lower grease control assembly. The upper grease control assembly generally corresponds to the upper portion of the grate and comprises a plurality of rib groups and a plurality of ledges. Each ledge is positioned between the rib groups and near a peripheral region of the grate. The intersection of the rib groups and the ledges defines a central region of the grate. The rib groups are comprised of a plurality of ribs wherein each rib is adapted to direct or guide the flow of grease and byproducts generated while cooking food on the grate. The rib has at least one inclined surface extending from the cooking surface towards

US 7,073,429 B2

3

a lower edge of the rib. The rib can have a second inclined surface wherein the inclined surfaces converge to define a peak. Once grease comes into contact with the rib, grease migrates down the inclined surfaces to the edges of the rib. In this manner, the drainage of grease and byproducts occurs in a controlled and directed manner.

In further accord with the invention, the lower grease control assembly comprises an outer ridge that depends from a lower surface of the grate. The outer ridge has an outer wall, an inner wall, and a bottom wall. The lower control assembly further comprises an inner ridge that depends from the lower. The inner ridge has an outer wall, an inner wall, and a bottom wall. Preferably, neither the inner ridge nor the outer ridge intersects the openings of the grate. The outer and inner ridges depend substantially perpendicular to the lower surface of the grate. The outer ridge and the inner ridge define a cavity. The outer and inner ridges are cooperatively positioned with the upper grease control assembly. Thus, the lower grease control assembly is cooperatively positioned with the upper grease control assembly. When the grate is positioned in a use position within the cooking chamber, the grease control assembly is positioned generally above the burner tube. In the use position, ribs from the rib groups of the upper grease control assembly are positioned over a portion of the burner tube. The first surface of the rib is positioned over the intermediate and inner portions of the burner tube. The edge of the first surface extends beyond a wall of the burner tube. The second surface of the rib is positioned over the intermediate and outer portions of the burner tube. The edge of the second surface extends beyond a wall of the burner tube. The peak of the rib is positioned generally above the intermediate portion of the burner tube.

When the grate is in the use position during operation of the grill assembly, the grease control assembly directs and controls the flow of grease and byproducts to ensure the removal or drainage of the grease from the firebox. This prevents the build-up of grease and byproducts which can negatively affect the performance and operation of the barbecue grill assembly. Furthermore, the grease control assembly directs the flow path of grease such that it does not make contact with the burner tube during operation of the barbecue grill assembly.

Other features and advantages of the invention will be apparent from the following specification taken in conjunction with the following drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a barbecue grill assembly showing a grate of the invention;

FIG. 2 is a partial front view of the grill assembly and the grate of FIG. 1;

FIG. 3 is a top perspective view of the grate of FIG. 1;

FIG. 4 is a partial perspective view of the grate of FIG. 1, showing a top portion of the grate;

FIG. 5 is a partial top perspective view of the grate of FIG. 1, showing a top portion of the grate;

FIG. 6 is a bottom perspective view of the grate of FIG. 1;

FIG. 7 is a partial perspective view of the grate of FIG. 1, showing an bottom portion of the grate;

FIG. 8 is a cross-section of the grill assembly and the grate taken along line 8—8 of FIG. 2;

FIG. 9 is a cross-section of the grill assembly and an alternate embodiment of the grate taken along line 9—9 of FIG. 2;

4

FIG. 10 is a schematic view of the operation of the grill assembly and the grate of FIG. 1;

FIG. 11 is a top perspective view of an alternate embodiment of the grate; and,

FIG. 12 is a bottom perspective view of the grate of FIG. 11.

## DETAILED DESCRIPTION OF THE INVENTION

While this invention is susceptible of embodiment in many different forms, there is shown in the drawings and will herein be described in detail preferred embodiments of the invention with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the broad aspect of the invention to the embodiments illustrated.

A barbecue grill assembly 10 is shown in FIG. 1. The barbecue grill assembly 10 generally includes a cooking chamber 12 and a support frame assembly 14. The support frame assembly 14 is adapted to provide support to the cooking chamber 12 and has a front structure 14a and a rear structure 14b. The cooking chamber 12 includes a cover 16 hingeably connected to a firebox 18. A grate 20 is positioned generally within the firebox 18. As explained below, the grate 20 has a grease control assembly 21 that directs and controls the flow of grease and byproducts generated by cooking food on the grate 20. The barbecue grill assembly 10 further includes a first work surface 22 and a second work surface 23, each pivotally connected to a portion of the support frame assembly 14. The firebox 18 has an interior geometry or configuration defined by a first side wall 24, a second side wall 25, a front wall 26, a rear wall 27, and a bottom wall 28. As shown in FIG. 1, the side walls 26, 27 and the bottom wall 28 have a sloped or curved configuration. A ledge 29 is positioned along the interior portion of the firebox 18. The ledge 29 is adapted to support the grate 20 in a generally horizontal position below a rim 30 of the firebox 18. Alternatively, the ledge 29 is omitted and the firebox 18 has a plurality of individual structures to support the grate 20. The barbecue grill assembly 10 has a compact configuration meaning that its overall height is less than that of conventional upright barbecue grills. As a result, the barbecue grill assembly 10 is capable of operation while positioned on a table top. Furthermore, the barbecue grill assembly 10 is sized such that it can be lifted by a single user and carried between locations for use.

A burner element 32 is positioned generally within a lower portion of the firebox 18 of the cooking chamber 12. In other words, the burner element 32 is positioned below the grate 20. In contrast to conventional barbecue grill assemblies, the cooking chamber 12 lacks a sear bar or conductive metal structure positioned between the burner element 32 and the grate 20. In a conventional barbecue grill, sear bars and conductive structures are adapted to shield the burner from grease dripping from the grate. The conductive structures are usually metal structures or an arrangement of heat conductive lava racks. Since the grate 20 has a grease control assembly 21, sear bars and/or conductive structures are not required in the grill assembly 10. As shown in the figures, the burner element 32 is preferably a burner tube or loop. However, a conventional linear or H-shaped burner can be employed in the barbecue grill assembly 10. A portion of the burner 32 is supported within the firebox 18 by a block 34 extending from the first side wall 24. The burner 32 has a plurality of linear, curvilinear, and transition segments resulting in a continuous

US 7,073,429 B2

5                                                                      6

configuration. The burner **32** has a geometry or configuration similar to the interior geometry of the firebox **18** such that the burner tube **32** is capable of being received by the firebox **18**. Preferably, the burner **32** is a cylindrical element with a circular cross-section with an inner wall diameter and an outer wall diameter. An inlet portion of the burner **32** extends through an opening **35** (see FIG. **8**) of the second side wall **25** and is connected to a fuel source (not shown) to define a pathway for flow of the fuel. The burner tube **32** has a plurality of outlet ports or apertures **33** from which a flame extends thereby defining at least one burner flame region. The burner flame region is a region of the burner tube **32** defined by at least one outlet port **33** through which a flame extends during operation of the grill assembly **10**. Preferably, a plurality of outlet ports **33** define the burner flame region. Although shown in FIGS. **1** and **2** as having a generally rectangular configuration, the configuration of the burner flame region varies with the design parameters of the burner element **32**, including the positioning of the outlet ports **33**. An ignitor button **36** extends from the front structure **14***a* of the support assembly **14** and is used to ignite fuel that flows through the burner **32**.

A drain opening **38** is positioned in the bottom wall **28** of the firebox **18**. The drain opening **38** is adapted to drain grease and other byproducts that are generated by cooking food on the grate **20** and that are directed to the opening **38** by the grease control assembly **21**. Described in a different manner, the drain opening **38** functions as a passageway for the removal or drainage of grease and byproducts from the cooking chamber **12**. Due to the grease control assembly **21** and the curved or inclined configuration of the walls **24**, **25**, **26**, **27**, and **28**, grease and byproducts flow or migrate to the drain opening **38**.

As shown in FIGS. **1**–**3**, the grate **20** is cooperatively dimensioned with an upper portion of the firebox **18**. The grate **20** includes a first recess **40** proximate a first end **41** of the grate **20**, and a second recess **42** proximate a second end **43** of the grate **20**. The recesses **40**, **42** are adapted to allow a user to grasp the grate **20** such that it can be removably positioned within the firebox **18**. Referring to FIGS. **2** and **3**, the grate **20** includes the grease control assembly **21**, a plurality of elongated members **44**, and a plurality of openings **46**. When the grate **20** is positioned in the cooking chamber **12**, the grease control assembly **21** is positioned generally over the burner tube **32** to prevent grease and byproducts generated by cooking food on the grate **20** from coming into contact with the burner tube **32**. Each elongated member or bar **44** has an upper surface **48** wherein a plurality of upper surfaces **48** define a cooking surface **50** of the grate **20**. The cooking surface **50** is adapted to receive food to be cooked on the grate **20**. The cooking surface **50** has a generally rectangular configuration, however, the configuration varies with the configuration of the grate **20** and the bars **44**. The bars **44** extend substantially from a front edge **52** of the grate **20** to a rear edge **53** of the grate **20**. Preferably, the bars **44** are generally parallel and are spaced a distance apart to define a grid.

As stated above, the grate **20** has a plurality of openings **46** wherein an opening **46** is positioned between bars **44**. The exact number of openings **46** varies with the design parameters of the grate **20**. The size or length of the opening **46** varies depending upon its location in the grate **20**. For example, an opening **46** in a central region of the grate **20** is larger than an opening **46** in a peripheral region of the grate **20**. Although shown as having a generally elongated configuration, the shape of the openings **46** varies with the design parameters of the grate **20**. For example, the openings

**46** have a rounded edge **54** (see FIG. **7**), however, the edge **54** can be linear or jagged. The opening **46** has a length L and a width W which defines the area (area=W×L) of the opening. The grate **20** has a total area opening A$_O$, which is the sum of the area of all the openings **46**. The grate **20** has a width W and a length L that defines a total area A$_G$, which is the area of the grate **20**. In addition, the grate **20** has a ratio R defined as the ratio between the total area opening A$_O$ versus the total grate area A$_G$. The grate **20** has a ratio R of approximately 0.25, however, the ratio R can range from 0.20–0.30 depending upon a number of factors, including the size of the grate **20** and the number and size of the openings **46**.

Referring to FIGS. **3**–**5**, the grease control assembly **21** comprises an upper grease control assembly **56** and a lower grease control assembly **58**. The upper grease assembly **56** generally corresponds to the upper portion of the grate **20** and comprises a first rib group **60**, a second rib group **62**, a first ledge **64**, and a second ledge **66**. The first and second rib groups **60**, **62** are longitudinal structures that are positioned between the first and second end **41**, **43** of the grate **20**. Described in a different manner, the first and second rib groups **60**, **62** extend substantially the length of the grate **20**. When viewed from above, the first and second rib groups **60**, **62** have a discontinuous configuration due to the elongated members **44** that are positioned generally perpendicular to the groups **60**, **62**. The intersection of the first rib group **60**, the second rib group **62**, and the ledges **64**, **66** define a central region **68** of the grate **20**. As shown in FIG. **3**, the central region **68** has a generally rectangular configuration.

The first and second rib groups **60**, **62** of the upper grease control assembly **56** are comprised of a plurality of ribs **70**. Each rib **70** is adapted to direct or guide the flow of grease and byproducts generated while cooking food on the grate **20**. As shown in FIG. **4**, the rib **70** has a first inclined surface **72** and a second inclined surface **74**. The inclined surfaces **72**, **74** converge to define a peak **76**. Although the peak **76** of the rib **70** is shown positioned below the upper surface **50** of the elongated member **44**, the rib **70** can be configured such that the peak **76** is coplanar with or above the upper surface **50**. The first surface **72** has an edge **78** and the second surface **74** has an edge **80**, wherein each edge **78**, **80** is adjacent an opening **46**. Once grease comes into contact with the rib **70**, grease migrates down the inclined surfaces **72**, **74** to the edges **78**, **80** of the rib **70**. In this manner, the drainage of grease and/or byproducts occurs in a controlled and directed manner. The slope or pitch of the inclined surfaces **72**, **74** varies with the design parameters of the grease control assembly **21**. When viewed from the side, an upper portion of the rib **70** has a generally triangular shape, however, the rib **70** can have a rounded or bulbous configuration provided that the rib **70** remains adapted to direct the flow of grease and byproducts. Alternatively, the rib **70** has only a first inclined surface **72** such that the rib **70** has a ramp-like configuration wherein the surface **72** extends from the cooking surface **50** towards the side wall **24**, **25** or the bottom wall **28** of the cooking chamber **18**. The first inclined surface **72** is oriented to direct the flow of grease and byproducts away from or towards the central region **68** of the grate **20**. The first and second rib groups **60**, **62** are positioned about a spine **82** of the grate **20** that generally bisects the central region **68**. Similar to the first and second rib groups **60**, **62**, the spine **82** has a discontinuous configuration. The spine **82** has a peak **82***a* (see FIG. **5**) that is preferably positioned below the upper surface **50** of each elongated member **44**. Alternatively, the spine **82** is omitted

US 7,073,429 B2

7

8

wherein the central region **68** has one row of openings **46**, not the two rows of openings **46** shown in FIG. **3**.

As discussed above, the grease control assembly **21** comprises a pair of opposed ledges **64**, **66**. Referring to FIGS. **3**–**5**, each ledge **64**, **66** is positioned between the first and second rib groups **60**, **62** and near a peripheral region of the grate **20**. A peripheral set of elongated bars **44***a* are discontinuous thereby forming intermediate bars **44***b*. The ledge **64**, **66** is proximate the intermediate bars **44***b*. Described in a different manner, each ledge **64**, **66** is positioned at the base of the intermediate bars **44***b*. Each ledge **64**, **66** has a surface **64***a*, **66***a* that is positioned below the upper surface **50** of the elongated members **44**. Although the ledge surface **64***a*, **66***a* is shown as planar, the surface **64***a*, **66***a* can be inclined or sloped. The first ledge **64** has a pair of channels **84** between the elongated bars **44***a* and the intermediate bars **44***b*. Alternatively, a single channel **84** is positioned between the peripheral bars **44***a* thereby eliminating the intermediate bars **44***b*. The second ledge **66** also has a pair of channels **86** between the elongated bars **44***a* and the intermediate bars **44***b*.

As shown in FIG. **3**, the grate **20** further includes a front external ledge **88** and a rear external ledge **90**. The front external ledge **88** is positioned proximate the front edge **52** and the rear external ledge **90** is positioned proximate the rear edge **53**. The first and second external ledges **88**, **90** are discontinuous due to the plurality of elongated bars **44**. The first and second external ledges **88**, **90** extend substantially the length of the grate **20**. Preferably, the external ledges **88**, **90** are positioned parallel to and below the cooking surface **50**. Preferably, the external ledges **88**, **90** are coplanar, however, the external ledges **88**, **90** can be inclined to direct the drainage of grease and byproducts generated by cooking food on the grate **20**. The width of the first and second external ledges **88**, **90** varies along the length of the front and rear edges **52**, **53**. Referring to FIGS. **3** and **5**, the grate **20** further includes a series of lands **92** wherein each land **92** is positioned about the central spine **82** between the intermediate bars **44***b* and the recess **40**, **42**. The lands **92** are preferably parallel to the cooking surface **50**, however, the lands **92** can be inclined to direct the drainage of grease and cooking byproducts.

As discussed above, the grease control assembly **21** of the grate **20** includes the upper grease control assembly **56** and the lower grease control assembly **58**. Similar to the upper grease control assembly **56**, the lower grease control assembly **58** is adapted to direct the flow of grease and byproducts generated by cooking food on the grate **20**. Referring to FIGS. **6**–**7**, lower grease control assembly **58** comprises an outer or first ridge **100** that depends from a lower surface **102** of the grate **20**. The outer ridge **100** has an outer wall **100***a*, an inner wall **100***b*, and a bottom wall **100***c*. Each of the walls **100***a*, **10***b*, **100***c* have a generally smooth surface. The outer ridge **100** has a plurality of linear and curvilinear segments. In addition, the outer ridge **100** has a plurality of protrusions **101**. The lower control assembly **58** further comprises an inner ridge **104** that depends from the lower surface **102**. The inner ridge **104** has an outer wall **104***a*, an inner wall **104***b*, and a bottom wall **104***c*. Each of the walls **104***a*, **104***b*, **104***c* have a generally smooth surface. Also, the inner ridge **104** has a plurality of linear and curvilinear segments. Preferably, neither the inner ridge **100** nor the outer ridge **104** intersects the openings **46** of the grate **20**. The outer and inner ridges **100**, **104** depend substantially perpendicular to the lower surface **102** of the grate **20**. Alternatively, the outer ridge **100** and/or the inner ridge **104** depend at an angle from the lower surface **102**. Referring to

FIG. **9**, the outer ridge **100** has a height $H_O$, a width $W_O$, and a perimeter $P_O$. Similarly, the inner ridge **104** has a height $H_I$, a width $W_I$, and a perimeter $P_I$ with a generally rectangular configuration.

The outer ridge **100** and the inner ridge **104** define a cavity **106**. Like the inner and outer ridges **100**, **104**, the cavity **106** has a plurality of linear and curvilinear segments. Preferably, the cavity **106** does not intersect the openings **46** of the grate **20**. The outer and inner ridges **100**, **104** are cooperatively positioned with the upper grease control assembly **56**. Specifically, the outer ridge **100** is cooperatively positioned with the periphery of the first and second rib groups **60** and the ledges **64**, **66**. Also, the inner ridge **104** is cooperatively positioned with the inner bounds of the first and second rib groups **60**, **62** and the ledges **64**, **66**. Thus, the cavity **106** is generally positioned between the bounds of the first and second rib groups **60**, **62** and the ledges **64**. As a result, the lower grease control assembly **58** is cooperatively positioned with the upper grease control assembly **56**.

As shown in FIGS. **1** and **2**, when the grate **20** is positioned within the cooking chamber **12**, the grease control assembly **21** is positioned generally above the burner **32**. Since the cooking chamber **12** lacks a conventional sear or conductive metal structure, there is no structure positioned directly between the grate **20** and the burner **32**. As explained in greater detail below, the grease control assembly **21** directs and controls the flow of grease generated by cooking food on the grate **20** in controlled maimer such that the grease avoids contact with the burner **32** and exits the cooking chamber **12** through the drain opening **38**. FIG. **8** depicts the grate **20** positioned within the cooking chamber **12** to define a use position P1. Therein, the grate **20** is supported in an elevated position above the burner **32** by engagement between the edges **52**, **53** of the grate **20** and the ledge **29** of the firebox **18**. In the use position P1, the grease control assembly **21** is positioned generally above the burner **32**. Described in a different manner, the burner **32** is below the grease control assembly **21** of the grate **20**. Since the burner **32** of FIGS. **1** and **2** has a loop configuration, the grease control assembly **21** is positioned above both linear and curvilinear segments of the burner **32**. Preferably neither the external ledges **88**, **90** nor the openings **46** of the grate **20** are aligned over the burner tube **32**.

In the use position P1, the lower grease control assembly **58** is positioned above the burner tube **32** to define a clearance C. The clearance C represents the vertical distance between an upper surface of the burner tube **32** and a lower surface of the lower grease control assembly **58**. The amount of the clearance C varies with the design parameters of the grill assembly **10**, including the grate **20**, the firebox **18**, and the burner tube **32**. In the use position P1 of FIG. **8**, the outer ridge **100** is generally positioned over an outer portion **32***a* of the burner tube **32**. Specifically, the outer wall **100***a* is positioned beyond the outer portion **32***a*, the inner wall **100***b* is positioned over the outer portion **32***a*, and the bottom wall **100***c* is positioned over the outer portion **32***a*(see FIG. **10**). Described in a different manner, the outer wall **100***a* extends beyond the outer wall **32***d* of the burner tube **32** such that the outer wall **100***a* is not aligned with the outer wall **32***d* of the burner tube **32**. Described in yet another manner, the surface of the outer wall **100***a* defines a plane that lies beyond the plane defined by the outer wall **32***d* of the burner tube **32**. Alternatively, the lower grease control assembly **58** is configured such that the inner wall **100***b* extends beyond the outer wall **32***d* of the burner tube **32**. As a result, the surface of the inner wall **100***b* defines a plane that lies beyond the plane defined by the outer wall **32***d*. In the use position P1,

US 7,073,429 B2

9

10

the inner ridge **104** is generally positioned over an inner portion **32***b* of the burner tube **32**. Specifically, the outer wall **104***a* is positioned beyond the inner portion **32***b*, the inner wall **104***b* is positioned over the inner portion **32***b*, and the bottom wall **104***c* is positioned over the inner portion **32***b*. Described in a different manner, the outer wall **104***a* extends beyond the inner wall **32***e* of the burner tube **32** such that the outer wall **104***a* is not aligned with the inner wall **32***e* of the burner tube **32**. Described in yet another manner, the surface of the outer wall **104***a* defines a plane that lies beyond the plane defined by the inner wall **32***e* of the burner tube **32**. Alternatively, the lower grease control assembly **58** is configured such that the inner wall **104***b* extends beyond the inner wall **32***e* of the burner tube **32**. As a result, the surface of the inner wall **104***b* defines a plane that lies beyond the plane defined by the inner wall **32***e*.

In the use position P1, the cavity **106** is generally positioned over an intermediate portion **32***c* of the burner tube **32**, which contains the outlet ports that a flame extends from during operation of the barbecue grill assembly **10**. This means that the cavity **106** is generally positioned over the burner flame region of the burner **32**. Preferably, the cavity **106** is cooperatively dimensioned with at least the burner flame region. Alternatively, the cavity **106** has a configuration that is substantially similar to the configuration of the burner **32** such that the cavity **106** remains positioned over the burner flame region. In the event that the cavity **106** is omitted from the lower grease control assembly **58** and there is a generally continuous wall spanning the inner and outer ridges **100**, **104**, the outer walls **100***a*, **104***a* remain positioned beyond the outer and inner walls **32***d*, **32***e* of the burner **32**.

In the use position P1, the upper grease control assembly **56** is positioned above an extent of the burner tube **32**. As shown in FIG. **8**, a rib **70** of the first rib group **60** is positioned over a portion of the burner tube **32**. Similarly, a rib **70** of the second rib group **62** is positioned over a portion of the burner tube **32**. In the use position P1, the first surface **72** of the rib **70** is positioned over the intermediate and outer portions **32***a*, **32***c* of the burner tube **32** (see FIG. **10**). However, the edge **78** of the first surface **72** extends beyond the outer portion **32***a*. Described in a different manner, the edge **78** extends beyond the outer wall **32***d* of the burner tube **32**. The second surface **74** of the rib **70** is positioned over the intermediate and inner portions **32***b*, **32***c* of the burner tube **32**, however, the edge **80** of the second surface **74** extends beyond the inner portion **32***b*. Described in a different maimer, the edge **80** extends beyond the inner wall **32***e* of the burner tube **32**. The peak **76** of the rib **70** is positioned generally above the intermediate portion **32***c* of the burner tube **32**. The degree or amount that the edges **78**, **80** extend past the walls of the burner tube **32** varies with the design parameters of the grill assembly **10**, including the grate **20**, the grease control assembly **21**, and the burner tube **32**.

FIG. **9** depicts another embodiment of the grate **120** wherein the grease control assembly **121** has a geometry distinct from that shown in FIG. **8**. The upper grease control assembly **56** of the grease control assembly **121** has first and second rib groups **160**, **162** with a unique rib **170** configuration. Specifically, the rib **170** has a single inclined surface **172** and not a plurality of inclined surfaces. The inclined surface **172** extends from the cooking surface **50** towards a lower portion of the cooking chamber **18**. The inclination of the rib **170** begins at an internal edge **178** and terminates at an external edge **180**. Alternatively, the inclination of the rib **170** begins at the external edge **180** and terminates at the internal edge **178**. The slope or degree of inclination of the

rib **170** can vary with the design parameters of the grease control assembly **121**, including the design of the first rib group **160** and the second rib group **162**. In the use position P1, the internal edge **178** extends beyond the internal portion **32***b* and the inner wall **32***e* of the burner tube **32**. Also, the external edge **180** extends beyond the external portion **32***a* and the outer wall **32***d* of the burner tube **32**.

During operation of the barbecue grill assembly **10**, food is placed on the grate **20** and grease and other byproducts are generated during the cooking process. The quantity of grease and byproducts generated during the cooking process varies with a number of factors, including but not limited to the type of food cooked on the grate **20**, the amount of food cooked, the amount of heat generated by the burner tube **32**, and the ambient conditions. In addition, certain types of foods produce a larger amount of grease and byproducts than other types. For example, cooking a steak or hamburger generally produces more grease and byproducts than an ear of corn or baked potato. Over time and repeated use, grease and byproducts can accumulate and negatively affect the performance and operation of the barbecue grill assembly **10**. However, grease and byproducts are generally fluid such that they flow or move in a path, primarily due to the effects of gravity. Thus the effective removal of grease and byproducts is an important aspect of the barbecue grill assembly **10**.

The grate **20** directs and controls the flow of grease and byproducts to ensure the long-term performance and operation of the barbecue grill assembly **10**. Typically, uncooked food is placed on the grate **20** which may have already been heated by flames exiting the burner tube **32**. As the temperature of the grate **20** and the food increases, grease and other byproducts are generated. Since the food is in direct contact with the grate **20**, a measurable quantity of grease comes into contact with various portions of the grate **20**. A first quantity of the grease comes into contact with at least one opening **46** of the grate **20**, and a second quantity of the grease comes into contact with the grease control structure **21** of the grate **20**. When the first quantity of grease comes into contact with an opening **46**, the grease generally flows through the opening **46** and to the bottom wall **28** of the firebox **18** (see FIG. **8**). Since the bottom wall **28** is downwardly sloped, the majority of the grease drains or passes through the drain **38**. Because the openings **46** of the grate **20** are not positioned above the burner tube **32**, grease that flows through the openings **46** does not make direct contact with the burner tube **32**. Described in a different manner, grease that comes into contact with the openings **46** flows to the bottom wall **28** because the burner tube **32** does not obstruct such flow.

While the first quantity of grease comes into contact with the openings **46**, the second quantity of grease comes into contact with the grease control structure **21**. Referring to the schematic view of FIG. **10**, grease comes into contact with a portion of the rib **70** and flows along the rib **70** to define a flow path FP whereby the grease is directed away from contact with the burner tube **32**. Typically, grease first comes into contact with the first inclined surface **72** at an upper portion of the surface **72** near the peak **76**. The point where grease first contacts the inclined surface **72** defines the beginning or first point FP1 of the flow path FP. Due to the inclined configuration of the rib **70**, the flow path FP of grease continues along the surface **72** until it reaches the edge **78**. There, the flow path FP experiences a change in direction due to the change in geometry of the rib **70**. The point where the flow path FP changes direction occurs proximate the edge **78** and defines a second point FP2 of the flow path FP. Due to the effects of gravity and the geometry

11

of the rib **70** at the edge **78**, a first amount of grease in the flow path FP loses contact with the rib **70** and this amount of grease passes or drops to the bottom wall **28** of the firebox **18**. Since the edge **78** extends beyond the outer wall **32***d* of the burner tube **32**, this amount of grease does not contact the burner **32** as it drains to the bottom wall **28**. A second amount of grease ill the flow path FP continues along the lower surface **102** of the grate **20** until it reaches the outer wall **100***a* of the outer ridge **100**. There, this amount of grease in the flow path FP experiences another change in direction due to the variation in geometry between the lower surface **102** and the outer ridge **100**. The point where the flow path FP changes direction occurs near where the lower surface **102** meets the outer wall **100***a* of the outer ridge **100** and defines a third point FP**3** of the flow path FP. The flow path FP of the grease continues along the outer wall **100***a* until it reaches the lower edge where the outer wall **100***a* meets the bottom wall **100***c*. There, due to the effects of gravity and the geometry of the outer wall **100***a*, the second amount of grease in the flow path FP loses contact with the rib **70** and this amount of grease passes or drops to the bottom wall **28** of the firebox **18**. The point where the grease loses contact with the outer wall **100***a* defines a fourth point FP**4** of the flow path FP. Since the outer wall **100***a* of the outer ridge **100** extends beyond the outer wall **32***d* of the burner tube **32**, grease does not contact the burner tube **32** as it drains to the bottom wall **28**. Thus, the grate **20** provides the flow path FP for grease and byproducts generated during the cooking process whereby the flow path FP precludes the grease and byproducts from contacting the burner tube **32**. The precise direction of the flow path FP is determined by the structural aspects of the grease control assembly **21** of grate **20**, including the various components of the upper and lower grease control assemblies **56**, **58**.

Preferably, a protective coating is applied to the grate **20** to increase the longevity and corrosion resistance of the grate **20**. In addition, the protective coating increases the non-stick properties of the grate **20**. In this manner, the protective coating reduces the adhesion between food and the cooking surface **50** of the grate **20**. The protective coating is applied to an upper portion of the grate **20**, including the elongated member **44** and the upper grease control assembly **56**. Also, the protective coating can be applied to the lower grease control assembly **58**. The protective coating can be a porcelain coating or another commercially available non-stick coating such as a teflon-based coating. Alternatively, the grate **20** can be plated with nickel or chrome to increase the longevity, corrosion resistance, and/or non-stick properties of the grate **20**.

The grate **20** of the present invention can be formed by a number of ways, including pressed, cast, or stamped. The grate **20** can be formed in a hybrid manner combining one or more methods. For example a first portion of the grate **20** can be stamped and combined with a second portion that was formed from wire or wiring. The grate **20** can be formed from a number of materials such as steel, including low or high alloys, or iron. Alternatively, the grate **20** can be formed from aluminum, or a mixture of aluminum and another thermally conductive metal, such as copper or magnesium.

Another preferred embodiment of the invention is shown in FIGS. **10**–**11**. There, the grate **220** has a grease control assembly **221**, a plurality of elongated members **244**, and a plurality of openings **246**. The grease control assembly **221** has a configuration distinct from that shown in FIGS. **1**–**9**. The grease control assembly **221** comprises an upper grease control assembly **256** and a lower grease control assembly **258**. The upper grease assembly **256** generally corresponds

12

to the upper portion of the grate **220** and comprises a single rib group **260** that is generally positioned in the central region **268** of the grate **220**.

The rib group **260** is comprised of a plurality of ribs **270** wherein each rib **270** is adapted to direct or guide the flow of grease and byproducts generated while cooking food on the grate **220**. As shown in FIG. **4**, the rib **270** has a first inclined surface **272** and a second inclined surface **274** that converge to define a peak **276**. The first surface **272** has an edge **278** and the second surface **274** has an edge **280**, wherein each edge **278**, **280** is adjacent an opening **246**. Once grease comes into contact with the rib **270**, grease migrates down the inclined surfaces **272**, **274** to the edges **278**, **280** of the rib **270**. In this manner, the drainage of grease and/or byproducts occurs in a controlled and directed manner. The slope or pitch of the inclined surfaces **272**, **274** varies with the design parameters of the grease control assembly **221**. Alternatively, the rib **270** has only a first inclined surface **272** such that the rib **270** has a ramp-like configuration.

Referring to FIG. **11**, the lower grease control assembly **262** has a single ridge **300** that depends from a lower surface **302** of the grate **220**. The ridge **300** has an outer wall **300***a*, an inner wall **300***b*, and a bottom wall **300***c*. Each of the walls **300***a*, **300***b*, **300***c* have a generally smooth surface. The ridge **300** depends substantially perpendicular to the lower surface **302** of the grate **222**. Alternatively, the ridge **300** depends at an angle from the lower surface **302**. The ridge **300** defines a cavity **306**. Preferably, the cavity **306** does not intersect the openings **246** of the grate **220**. The outer ridge **300** is cooperatively positioned with the upper grease control assembly **260**. Thus, the cavity **306** is cooperatively positioned with the upper grease control assembly **260**.

In the use position P1 where the grate **220** is positioned within the cooking chamber **12**, the grease control assembly **221** is positioned generally above a burner. The burner has a configuration that is substantially similar to the configuration of the grease control assembly **221**. Specifically, the burner has a rectangular configuration and the rib group **260** has a similar rectangular configuration. As a result, the grease control assembly **221** directs and controls the flow of grease and byproducts such that the grease avoids contact with the burner as it flows to the drain opening in the bottom of the firebox.

In another preferred embodiment, the lower grease control assembly **58** is omitted from the grease control assembly **56**. As a result, the grate **20** only has an upper grease control assembly **56** to direct and control grease generated while cooking food on the grate **20**. Grease and byproducts would flow and drain from the upper grease control assembly **56** in a manner consistent with that described above. Thus, grease and byproducts will flow to the edges **78**, **80** of the ribs **70** and drain vertically downward therefrom. Since the upper grease control assembly **56** is not aligned with the burner **32**, grease draining from the edges **78**, **80** will not make contact with the burner **32**. As an additional measure, the barbecue grill assembly **10** can include a blocking structure positioned between the burner **32** and the grate **20**. Specifically, the blocking structure is cooperatively positioned with the upper grease control assembly **56** and the burner **32**. Preferably, the blocking structure is positioned slightly above the upper surface of the burner **32** and the blocking structure is cooperatively dimensioned with the burner **32**. The blocking structure is made from metal and has a generally thin-wall construction such that heat can transfer through the blocking

US 7,073,429 B2

13                                                          14

structure and to the grate **32**. The blocking structure can have an angled or peaked construction whereby the structure has a tent-like configuration.

The grate **20** of the present invention provides a number of significant advantages over conventional grates. The grate **20** directs the flow path FP of grease to ensure the removal or drainage of the grease from the firebox **18**. This prevents the build-up of grease and byproducts which can negatively affect the performance and operation of the barbecue grill assembly **10**. The grate **20** directs and controls the flow of grease and byproducts to ensure the long-term performance and operation of the barbecue grill assembly **10**. Furthermore, the grate **20** directs the flow path FP of grease such that it does not make contact with the burner tube **32** during operation of the barbecue grill assembly **10**.

While the specific embodiments have been illustrated and described, numerous modifications come to mind without significantly departing from the spirit of the invention and the scope of protection is only limited by the scope of the accompanying Claims.

We claim:

**1**. A barbecue grill assembly comprising:

a cooking chamber;

a gas burner tube positioned in a lower portion of the cooking chamber and having at least one burner flame region;

a cooking grate removably positioned in an upper portion of the cooking chamber, the grate having a plurality of elongated members defining a cooking surface, a plurality of openings and a grease control assembly, the grease control assembly cooperatively positioned over the burner tube to prevent grease generated by cooking food on the grate from draining onto the burner flame region, wherein the grease control assembly has at least one rib group and at least one ledge, the grease control assembly including at least one generally continuous ridge depending downwardly from a lower surface of the grate.

**2**. The barbecue grill assembly of claim **1** wherein the rib group comprises a plurality of ribs, each rib having at least one inclined surface extending from the cooking surface towards the lower portion of the cooking chamber.

**3**. The barbecue grill assembly of claim **2** wherein the inclined surface comprises a first and second inclined surfaces extending from a peak of the rib.

**4**. The barbecue grill assembly of claim **3** wherein the peak of the rib is positioned below the cooking surface.

**5**. The barbecue grill assembly of claim **1** wherein each rib and each ledge are positioned over a portion of the burner tube.

**6**. The barbecue grill assembly of claim **1** wherein the grease control assembly further comprises an outer ridge depending from a lower surface of the grate.

**7**. The barbecue grill assembly of claim **6** wherein the outer ridge is generally positioned beyond an outer wall of the burner tube.

**8**. The barbecue grill assembly of claim **6** wherein the grease control assembly further comprises an inner ridge depending from a lower surface of the grate.

**9**. The barbecue grill assembly of claim **8** wherein the inner ridge is generally positioned beyond an inner wall of the burner tube.

**10**. The barbecue grill assembly of claim **6** wherein the inner ridge and the outer ridge define a cavity that is positioned over the burner fine region.

**11**. The barbecue grill assembly of claim **10** wherein the cavity does not intersect the openings.

**12**. The barbecue grill assembly of claim **1** wherein the cooking grate is positioned directly above the burner tube such that no structure is positioned between the cooking grate and the burner tube.

**13**. A barbecue grill assembly comprising:

a cooking chamber;

a gas burner tube positioned in a lower portion of the cooking chamber, the burner tube having at least one burner flame region;

a cooking grate removably positioned in an upper portion of the cooking chamber, the grate having a plurality of openings and a plurality of elongated members defining a cooking surface, the grate further having an integral upper grease control assembly and an integral lower grease control assembly, the upper and lower grease control assembly generally over the burner tube to prevent grease generated by cooking food on the grate from draining onto the burner flame region.

**14**. A barbecue grill assembly comprising:

a cooking chamber;

a gas burner tube positioned in a lower portion of the cooking chamber, the burner tube having at least one burner flame region;

a cooking grate removably positioned in an upper portion of the cooking chamber, the grate having a plurality of openings and a plurality of elongated members defining a cooking surface, the grate further having an upper grease control assembly and a lower grease control assembly, the upper and lower grease control assembly generally positioned over the burner tube to prevent grease generated by cooking food on the grate from draining onto the burner flame region, wherein the upper grease control assembly has a plurality of rib groups and a plurality of ledges.

**15**. The barbecue grill assembly of claim **14** wherein the rib group comprises a plurality of ribs, each rib having at least one inclined surface extending from the cooking surface towards the lower portion of the cooking chamber.

**16**. The barbecue grill assembly of claim **15** wherein the inclined surface comprises first and second inclined surfaces that converge to form a peak of the rib.

**17**. The barbecue grill assembly of claim **14** wherein the rib groups intersect the ledges to define a ventral region of the grate that is not positioned over the burner tube.

**18**. The barbecue grill assembly of claim **14** wherein the lower grease control assembly further comprises an outer ridge and an inner ridge, each depending from a lower surface of the grate.

**19**. The barbecue grill assembly of claim **18** wherein the outer ridge is generally positioned beyond an outer wall of the burner tube and the inner ridge is generally positioned over an inner wail of the burner tube.

**20**. The barbecue grill assembly of claim **18** wherein the inner ridge and the outer ridge define a cavity that is generally positioned over the burner flame region.

**21**. A cooking grate assembly for use within a cooking chamber of a barbecue grill, the cooking grate assembly comprising:

a plurality of elongated members defining a cooking surface;

a plurality of openings wherein the elongated members and the openings define a grid; and,

an upper grease control assembly and a lower grease control assembly, both assemblies being integrally formed with the grate, the upper and lower grease control assembly adapted to direct the flow of grease generated by cooking food on the grate.

US 7,073,429 B2

<table>
<tr><td>15</td><td>16</td></tr>
</table>

**22**. A cooking grate assembly for use within a cooking chamber of a barbecue grill, the cooking grate assembly comprising:

a plurality of elongated members defining a cooking surface;

a plurality of openings wherein the elongated members and the openings define a grid; and,

an upper grease control assembly and a lower grease control assembly, the upper and lower grease control assembly adapted to direct the flow of grease generated by cooking food on the grate, wherein the upper grease control assembly has at least one rib group and at least one ledge.

**23**. The cooking grate assembly of claim **22** wherein the rib group comprises a plurality of ribs, each rib having at least one inclined surface.

**24**. The cooking grate assembly of claim **22** wherein the lower grease control assembly further comprises an outer ridge depending from a lower surface of the grate.

**25**. The cooking grate assembly of claim **24** wherein the lower grease control assembly further comprises an inner ridge depending from the lower surface of the grate.

**26**. The cooking grate assembly of claim **25** wherein the inner ridge is cooperatively positioned with an inner portion of the rib group.

**27**. The cooking grate assembly of claim **25** wherein the inner ridge and the outer ridge define a cavity.

**28**. The cooking grate assembly of claim **22** wherein the grate has a length, the upper grease control assembly extending substantially the length of the grate.

**29**. The cooking grate assembly of claim **22** wherein the grate has a length, the lower grease control assembly extending substantially the length of the grate.

**30**. A barbecue grill assembly comprising:

a cooking chamber having a firebox and a moveable cover;

a gas burner positioned in the firebox and having at least one burner flame region;

a cooking grate removably positioned in the firebox, the grate having a plurality of elongated members and a grease control assembly, the grease control assembly having a plurality of ribs that are cooperatively positioned over the burner, the grease control assembly further having a first ridge depending from a lower surface of the grate.

**31**. The barbecue grill assembly of claim **30** wherein the first ridge is generally positioned beyond an outer wall of the burner.

**32**. The barbecue grill assembly of claim **30** wherein the grease control assembly further comprises a second ridge depending from a lower surface of the grate, the second ridge being generally positioned beyond an inner wall of the burner.

**33**. The barbecue grill assembly of claim **30** wherein each rib is positioned between a pair of elongated members.

**34**. The barbecue grill assembly of claim **30**, wherein the cooking grate has an external ledge and an inner surface of the cover is cooperatively positioned above the ledge.

*    *    *    *    *