**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:  FILED
                                                                                     March 12, 2008    TG
WEBER-STEPHEN PRODUCTS CO.                                                           08cv1462
v.                                                                                   JUDGE   NORGLE
PRO-IRODA INDUSTRIES, INC.                                                           MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Weber-Stephen Products Co.

| | |
|---|---|
| NAME (Type or print) Daniel A. Tallitsch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Daniel A. Tallitsch | |
| FIRM  Baker & McKenzie LLP | |
| STREET ADDRESS  130 E. Randolph Drive | |
| CITY/STATE/ZIP  Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6290889 | TELEPHONE NUMBER  312-861-8024 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |