# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
March 12, 2008    TG
08cv1462
JUDGE    NORGLE
MAGISTRATE    JUDGE    SCHENKIER

| | |
|---|---|
| WEBER-STEPHEN PRODUCTS CO., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PRO-IRODA USA, INC., an Ohio Corporation<br><br>    Defendant. | Case No: _____<br><br><br>JURY TRIAL  DEMANDED |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Plaintiff, WEBER-STEPHEN PRODUCTS CO., pursuant to Local Rule 3.2 of the Rules for the United States District Court for the Northern District of Illinois and Fed.R.Civ.P.7.1, makes the following corporate disclosure statement:  1) There are no affiliates that own more than five percent of Weber-Stephen Products Co, and 2) no publicly-held corporation owns 10% or more of Weber-Stephen Products Co.'s stock.

Dated:  March 12, 2008                        Respectfully submitted,

  /s/ David I. Roche
David I. Roche
Daniel A. Tallitsch
**BAKER & McKENZIE LLP**
130 E. Randolph Drive
Chicago, IL  60601
ph:     (312) 861-8608
fax:    (312) 698-2363
Email:  david.i.roche@bakernet.com