```
                                                    FILED
                                                    March 12, 2008   TG
         IN THE UNITED STATES DISTRICT COURT        08cv1462
         FOR THE NORTHERN DISTRICT OF ILLINOIS      JUDGE    NORGLE
                                                    MAGISTRATE JUDGE  SCHENKIER
```

| | |
|---|---|
| WEBER-STEPHEN PRODUCTS CO., a Delaware Corporation, <br><br>    Plaintiff, <br><br> v. <br><br> PRO-IRODA USA, INC., an Ohio Corporation <br><br>    Defendant. | Case No: _____ <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF CLAIM INVOLVING PATENTS

The Plaintiff, Weber-Stephen Products Co., by and through its attorneys, Baker & McKenzie LLP, in compliance with Local Rule 3.4 hereby provides below the information required by 35 U.S.C. §290 about a patent that is the subject of a newly filed action in this Court.

| | |
|---|---|
| Patent No. | 7,073,429 |
| Title: | Cooking grate with grease control structures |
| Inventors: | Adrian A BRUNO; Erich SCHLOSSER; and Mark JOHNSON |

Dated: March 12, 2008                    **BAKER & McKENZIE LLP**

                                         /s/ David I. Roche_____
                                         David I. Roche
                                         Attorney for Plaintiff

**BAKER & McKENZIE LLP**
130 E. Randolph Drive
Chicago, IL  60601
ph:    (312) 861-8608
fax:   (312) 698-2363