## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 C 1462

WEBER-STEPHEN PRODUCTS CO.
vs.

PRO-IRODA USA, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PRO-IRODA USA, INC.

| NAME (Type or print) |  |
|---|---|
| Josh Goldberg |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Josh Goldberg |  |
| FIRM |  |
| FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP |  |
| STREET ADDRESS |  |
| 200 West Madison Street, Suite 3000 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277541 | (312) 224-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ |  |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ |  |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ |  |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ |  |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |