

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WEBER-STEPHEN PRODUCTS CO., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PRO-IRODA USA, INC., an Ohio Corporation<br><br>    Defendant. | Case 08cv1462<br><br>Judge  Charles R. Norgle<br>Magistrate Judge Schenkier<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER OF DISMISSAL

The Court having jurisdiction over this matter, and the parties, and the parties having entered into a settlement agreement, it is hereby stipulated by all of the parties to the case that the claims in Plaintiff Weber-Stephen Products Co.'s Complaint in the above-captioned case should be dismissed with prejudice, the claims and defenses in Pro-Iroda USA, Inc.'s Counterclaim and Answer should be dismissed without prejudice and that all of the claims be dismissed without costs to any party.

Attorneys for Pro-Iroda USA, Inc.
TAFT STETTINIUS & HOLLISTER LLP

By:   /s/ Kevin W. Kirsch
    Kevin W. Kirsch / Attorney
    Taft Stettinius & Hollister LLP
    425 Walnut Street. Suite 1800
    Cincinnati, Ohio 45202-3957
    Tel: 513.381.2838
    Email: kirsch@taftlaw.com

Dated: November 3, 2008

Attorneys for Weber-Stephen Products Co.
BAKER & McKENZIE, LLP

By:   /s/ David I. Roche
    David I. Roche
    Baker & McKenzie LLP
    130 East Randolph Drive
    Chicago, IL 60601
    Phone: 312 861 8608
    Email: david.i.roche@bakernet.com

Dated: November 3, 2008

SO ORDERED:

_____
Judge Charles R. Norgle

Date: 11-7-08